**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOHN DAVID PAMPLIN, | ) | 3:16-CV-0668-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 19, 2018 |
| | ) | |
| JAMES DZURENDA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants filed a motion to enforce settlement agreement (ECF No. 17). Plaintiff failed to timely oppose this motion. The court *sua sponte* granted plaintiff one extension of time to **Friday, March 23, 2018** to file an opposition to the motion to enforce settlement agreement.

Rather than file a response to the motion, plaintiff has filed a request for a status check (ECF No. 19). That request is **GRANTED**. In his motion, plaintiff acknowledges that he failed to respond to the court's order granting an extension of time. *Id.* However, the court is unclear whether plaintiff is asking for additional time to respond or acknowledging that he has no opposition to the motion to enforce.

Therefore, plaintiff shall have one final opportunity to **Monday, April 30, 2018** to file a response to the motion to enforce settlement (ECF No. 17). If plaintiff has no opposition to the granting of the motion to enforce, he shall file a notice of non-opposition by the same date. If plaintiff has no opposition and merely wishes to expedite this process, he may contact defense counsel and advise that he wishes to sign the settlement agreement and stipulation for dismissal of this case.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:_____/s/_____
Deputy Clerk